UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**Tammie S. Waterbury**,
SSN: xxx–xx–5836     EIN: NA
    5558 E. State Road 56
    Salem, IN 47167
        Debtor.

Case No. **18–91706–BHL–13**

# NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on November 9, 2018, by Debtor Tammie S. Waterbury. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 12, 2018, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 14, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court